FILED

OCT 13 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, <br> *Plaintiff* <br> vs. <br> MANUAL LOPEZ, <br> *Defendant* | № CR10-00895 DLJ <br><br> [PROPOSED] ORDER TO RETURN PASSPORT TO DEFENDANT |

Good cause appearing therefore, it is hereby ordered that the passport of Manuel Lopez be returned to him.

Date: 10/18/11

The Honorable Magistrate Judge Lloyd

Z:\a1 - CLIENTS\Lopez Manuel\Return of passport Order.wpd